E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
COURTNEY N. WILLIAMS (Cal. Bar No. 339301)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 368-1473
    Facsimile: (951) 276-6202
    Email:     Courtney.N.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21-00067-FLA |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING ONE WEEK TO NOVEMBER 17, 2022 |
| v. | |
| SAMUEL MARTINEZ, III, | **CURRENT SENTENCING DATE:** November 10, 2022, 9:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** November 17, 2022, 9:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Courtney N. Williams, files this ex parte application to continue the sentencing hearing one week to November 17, 2022, as set forth as follows:

///

///

///

1. The Indictment in this case was filed on March 24, 2021. (Dkt. 1.)  Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on August 17, 2021.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before October 26, 2021.

2. On August 17, 2021, the Court set a trial date of October 12, 2021 and a status conference date of October 1, 2021.  (Dkt. 7.)

3. Defendant is released on bond in this case.  (Dkt. 18.)

4. On April 22, 2022, defendant pled guilty to the Court without a plea agreement to the single-count indictment, which charges him with violating 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), Possession with Intent to Distribute Methamphetamine.  The sentencing date was originally set for July 29, 2022.  (Dkt. 30.)

5. Based on stipulations where defendant asserted that he needed additional time to prepare for sentencing (Dkts. 35, 38), the Court has twice continued the sentencing hearing -- to September 30, 2022 (Dkt. 36) and then November 10, 2022 (Dkt. 39).  Both continuances were unopposed by the United States to permit defendant to adequately prepare for sentencing.

6. On October 20, 2022, the United States filed its Sentencing Memorandum in this case.  (Dkt. 40.)

7. One week later, on October 27, 2022, the defendant filed his Sentencing Memorandum.  (Dkt. 42.)  Among other things, defendant raised arguments and evidentiary challenges to the PSR and Probation's determination of his career offender status and challenging whether his prior convictions qualify as predicate controlled substance offenses.

8. The United States believes that a written response to defendant's position is necessary for the Court's consideration at sentencing not only to properly calculate the Guidelines range, but also to consider evidentiary challenges.

9. Counsel for the United States is out of state for a week-long trial advocacy training, between October 31, 2022, and November 4, 2022, in Columbia, South Carolina. The training requires daytime classwork and evening preparations. As a result, counsel for the United States believes she needs additional time to respond to defendant's arguments. The United States asks for a one-week continuance of the sentencing hearing to November 17, 2022, with permission to file a written response by November 11, 2022.

10. This is the United States' first request to continue the sentencing hearing. Counsel for the United States learned from defense counsel that defendant objects to a continuance of the sentencing hearing.

Dated: November 1, 2022            Respectfully submitted,

                                                   E. MARTIN ESTRADA
                                                   United States Attorney

                                                 SCOTT M. GARRINGER
                                               Assistant United States Attorney
                                               Chief, Criminal Division

                                               SEAN D. PETERSON
                                               Assistant United States Attorney
                                               Chief, Riverside Branch Office

                                                      /s/
                                               COURTNEY N. WILLIAMS
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

<u>DECLARATION OF COURTNEY N. WILLIAMS</u>

I, COURTNEY N. WILLIAMS, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office in the Central District of California.

2. I submit this declaration in support of my *Ex Parte* Application to Continue Sentencing Hearing one-week to November 17, 2022.

3. I am the assigned prosecutor on United States v. Samuel Martinez, III, 21-00067-FLA-1.

4. From October 31, 2022, to November 4, 2022, I am participating in a week-long intensive trial advocacy training program in Columbia, South Carolina where I am responsible for preparing and litigating an entire trial. The training requires daytime classwork and evening preparations. As a result, I need additional time to research and write a response to defendant's motion.

5. On October 31, 2022, I reached out to Deputy Federal Public Defender Luisa Tamez about a request for continuance and she asked that I note her objection in my filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on November 1, 2022.

*Courtney Williams*
COURTNEY N. WILLIAMS